

May 27, 2020

**Christopher C. Fallon, Jr.**
Direct Phone   215-665-2036
Direct Fax 215-701-2036
cfallon@cozen.com

Honorable Andrew T. Baxter
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY  13261

**Re:    Joshua Williams v. UVaper LLC**
**Civil Action No. 5:19-cv-01228-TJM-ATB**

Dear Judge Baxter:

I am pleased to report that our expert has been able to identify the manufacturer of the battery that exploded in our client's pocket, and we are taking steps to join the manufacturer as a defendant in this case.  Towards that end, we are enclosing with this letter a Stipulation that defense counsel and I have signed, and we would appreciate your approving the Stipulation so that we can go ahead and file our Amended Complaint.

Thank you for continued courtesy in this matter.

Respectfully,

COZEN O'CONNOR

*Christopher C. Fallon, Jr.*

Christopher C. Fallon, Jr.

CCF:llc
Enclosure

cc:    Vincent Saccomando, Esquire

LEGAL\46563460\1

200 Four Falls Corporate Center, Suite 400, P.O. Box 800, West Conshohocken, PA 19428
610.941.5400    800.379.0695    610.941.0711 Fax    cozen.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOSHUA WILLIAMS

vs.

UVAPER LLC
d/b/a VapeNW                                              Civil Action No. 5:19-cv-01228-TJM-ATB

## STIPULATION

It is hereby stipulated and agreed by and between Christopher C. Fallon, Jr., Esquire, counsel for the Plaintiff Joshua Williams, and Vincent G. Saccomando, Esquire as counsel for the Defendant UVaper LLC that Plaintiff may file an Amended Complaint joining Samsung Electronics Co., Ltd. as a defendant in this matter.

*/s/ Christopher C. Fallon, Jr.*
Christopher C. Fallon, Jr., Esquire
Cozen O'Connor
45 Broadway
New York, NY  10006

*/s/ Vincent G. Saccomando*
Vincent G. Saccomando, Esquire
Barclay Damon LLP
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, NY  14202

Approved:

_____
J.

LEGAL\46548026\1