UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSHUA WILLIAMS,

                  Docket No.: 5:19-cv-01228-DM-ATB

           Plaintiff,

-against-

                  **STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

UVAPOR LLC d/b/a VAPENW, SAMSUNG ELECTRONICS CO. LTD., SAMSUNG SDI CO., LTD., SAMSUNG SDI AMERICA, INC.,

           Defendants.
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys of record for the plaintiff and defendants Samsung Electronics Co. LTD, Samsung SDI Co. LTD and Samsung SDI America, Inc. ("Samsung Defendants") in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, the above-entitled action be and the same hereby is discontinued as to all claims in this litigation, including against the Samsung Defendants, with prejudice and without costs to any party.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counter parts and filed with the Clerk of the Court without further notice and facsimile or e-mail signatures shall be effective as originals for all purposes.

Dated: New York, New York
        October 5, 2021

COZEN O'CONNOR

*/s/ Martin P. Duffey*
_____
Martin P. Duffey, Esq.
*Attorneys for Plaintiff*
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2780

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ John Doody*
_____
John Doody, Esq. (NDNY Bar # 513648)
*Attorneys for Samsung Defendants*
77 Water Street, Suite 2100
New York, New York 10005
(212) 232.1333
John.Doody@lewisbrisbois.com

IT IS SO ORDERED.
DATED: October 6, 2021

*/s/ Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge

4817-5087-8718.1